**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 282 MAL 2023
                                 :
          Respondent              :
                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court
          v.                  :
                                 :
                                 :
GEORGE THOMAS SHIFFLETT,       :
                               :
          Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2024, our October 30, 2023 Order is **VACATED**, and the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> In light of *Alleyne v. United States*, 70 U.S. 99 (2013), is it unconstitutional to consider an acceptance of ARD as a prior offense for sentencing purposes without the procedural protections afforded by *Alleyne*, *i.e.*, a prior offense can only be determined by a jury by proof beyond a reasonable doubt?

The "Application for Immediate Leave to File a Supplemental Petition for Allowance Of Appeal" is **DISMISSED** as moot.